■ In the Matter of VILLAGE OF LANCASTER et al., Respondents, v COUNTY OF ERIE et al., Appellants. [890 NYS2d 887]—

1818

Present—Centra, J.P., Peradotto, Carni, Pine and Gorski, JJ.